IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. TRUCKSESS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMPSON AUTOMOTIVE GROUP, INC. d/b/a THOMPSON BMW | : : | NO. 10-4313 |

ORDER

AND NOW, this 14th day of December, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the amended motion of plaintiff, Robert L. Trucksess, for Attorneys' Fees and Costs (Doc. #56) is GRANTED in part and DENIED in part;

(2) plaintiff, Robert L. Trucksess, is awarded attorneys' fees in the amount of $116,986.50;

(3) plaintiff, Robert L. Trucksess, is awarded costs in the amount of $4,088.47;

(4) the amended motion of plaintiff, Robert L. Trucksess, for Attorneys' Fees and Costs (Doc. #56) is otherwise DENIED; and

(5) the preliminary motion of plaintiff, Robert L. Trucksess, for Attorneys' Fees and Costs (Doc. #52) is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
                                                            J.